UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LACRESHA MOORE WILLIAMS,**

    Plaintiff,

v.                                                                          **No. 4:25-cv-01138-P**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The United State District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** this case is **REVERSED** and **REMANDED** to the Commissioner of Social Security ("Commissioner") for further administrative action consistent with the Commissioner's Unopposed Motion for Entry of Judgment with Remand filed on April 27, 2026 (ECF No. 15).

**SO ORDERED** this 18th day of May 2026.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE